UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOYCE BRADLEY                                              CIVIL ACTION

VERSUS

WAL-MART STORES, INC., ET AL.                NO. 21-00498-BAJ-RLB

### RULING AND ORDER

This is a slip-and-fall case. Plaintiff filed her original Petition For Damages on December 30, 2020, in the Twenty-Third Judicial District Court for the Parish of Ascension, Louisiana. (Doc. 1-2). On August 25, 2021, Defendants removed Plaintiff's action to this District, invoking the Court's diversity jurisdiction. (Doc. 1)

Presently before the Court is Plaintiff's opposed **Motion For Remand (Doc. 3)**, seeking remand to state court on the basis that Defendants' Notice of Removal is untimely and, further, that complete diversity is not satisfied because she has included various "John Doe" defendants among the parties. The Magistrate Judge has issued a **Report and Recommendation (Doc. 7)**, recommending that Plaintiff's Motion be denied. (Doc. 7). There are no objections to the Magistrate Judge's recommendation.

Having carefully considered Defendants' removal papers, Plaintiff's Motion, and related filings, and in the absence of any objection from Plaintiff, the Court **APPROVES** the Magistrate Judge's Report and Recommendation (Doc. 7), and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion For Remand (Doc. 3)** be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 27th day of January, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**